```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------------X  ELECTRONICALLY FILED
                                          :  DOC #:_____
NATALIE SMITH,                            :  DATE FILED: 12/03/2019
                            Plaintiffs,   :
                                          :     18 Civ. 9344 (LGS)
            -against-                     :
                                          :         ORDER
GHURKA TRADING & DESIGN LLC, et al.,      :
                            Defendants.   :
                                          :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were ordered to file a joint status letter by December 2, 2019 (Dkt. No. 121);

WHEREAS, the parties failed to file the letter. It is hereby

**ORDERED** that the parties shall file the letter by **December 5, 2019**.

Dated: December 3, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**