# V̲ladeck, R̲askin & C̲lark, P.C.

V̲aldi L̲icul
212.403.7311
vlicul@vladeck.com

March 30, 2020

BY ECF

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

      Re:    Natalie Smith v. Ghurka Trading & Design LLC, et al.
               Case No. 18 Civ. 09344

Dear Judge Liman:

     We represent the plaintiff in the above-captioned matter. We write on behalf of all parties pursuant to the Court's Fourth Amended Scheduling Order (Dkt. 131) and to advise the Court that the parties have reached a settlement in principle. We respectfully request that the Court enter a conditional order of dismissal with 30 days to reopen the case in the event an agreement cannot be reached. Additionally, the parties respectfully request that the telephone conference currently scheduled for April 2, 2020 be cancelled as it is no longer necessary in light of the expected settlement.

                                   Respectfully submitted,

                                     /s/

                                   Valdi Licul

cc:    Counsel for all parties (via ECF)