UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                              :

NATALIE SMITH,                        :

               Plaintiff,        :

                              :        18-cv-9344 (LJL)

     -v-                    :

                              :          ORDER

GHURKA TRADING & DESIGN LLC, et al.,    :

                              :

             Defendants.     :

                              :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On March 30, 2020, the parties informed the Court that they had reached a settlement in principle in this case.  Dkt. No. 143.  The Court dismissed the action but permitted the parties to restore the action within thirty days of that Order.  Dkt. No. 144.  The Court extended that deadline twice based on requests from the parties and scheduled a status conference for July 1, 2020 in the event the action was not dismissed.  *See* Dkt. Nos. 146, 148.

      The parties have now filed a stipulation dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a).  Accordingly, it is hereby ORDERED that the status conference is CANCELLED.

      SO ORDERED.

Dated: June 30, 2020
      New York, New York                       LEWIS J. LIMAN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/30/2020__